

**FILED**

**SEP 2 3 2005**

RALPH L. DeLOACH, Clerk
By_____ Deputy

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 3 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1532*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION

*William Dinkel v. General Motors Corp., et al.,* D. Kansas, C.A. No. 5:05-4083

### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 25, 2003, the Panel transferred ten civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 16 additional actions have been transferred to the District of Maine. With the consent of that court, all such actions have been assigned to the Honorable D. Brock Hornby.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Maine and assigned to Judge Hornby.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of June 25, 2003, 269 F.Supp.2d 1372 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable D. Brock Hornby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Scanned by: MW
U.S. DISTRICT COURT
DISTRICT OF KANSAS
Finder Location: Thursday
File Name: D5+05CV1716
Names of Attachments, if any:_____

I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
RALPH L. DeLOACH, Clerk
By_____ Deputy
Dated 9/28/05

23